RETURN DATE: 11-25-2025 : SUPERIOR COURT

: JUDICIAL DISTRICT OF HARTFORD

Aaron Raymond
(First Named Plaintiff) : AT HARTFORD

V. Manchester Police Department
(In Capacity), Chief; William Darby
(First Named Defendant) : (Date) 11-3-2025

# COMPLAINT

This complaint is being filed against the Manchester Police Department who false arrested the (Plaintiff) Aaron Raymond. This is a Tort T70 filing because the defendants did false-arrest Aaron Raymond again about a year ago. Mark Holmes (Public Defender) in Manchester Superior Court is a witness of Aaron Raymond being the victim of false-arrest and false allegations which Aaron was found innocent of. Please see the attached complaint as well. Aaron R. Raymond 11-3-2025

-Page 1- of 2-

October 25th, 2025        From: **Aaron Robert Raymond** (Age 47) - Plaintiff

Old Homeless Shelter Address; (NH ID Card), 17 Lamson Street. Keene, NH 03431

My cell Phone Number #: (959)-262-6542, (Brother) Glen Raymond (860)-430-0360

Mom's #: Deborah Daniels (860)-356-5457, (Brother) Wade Raymond (860)-929-6960

Dad's #: (410)-292-3458 Robert Raymond, (Brother) Jason Raymond (508)-314-6599

Superior Court Operations, Hartford J. D. Courthouse,

95 Washington Street, Hartford, CT 06106

Attention: All necessary Clerks, and all Presiding Judges concerning this new civil lawsuit matter,

### "Complaint", and Memorandum,

On this day, this complaint against **Manchester Police Department (in Capacity)** is being drafted and written lawfully, and the **Chief of Police in Manchester, Connecticut is named William Darby** currently while filing against the defendants. This "Civil Lawsuit" filing over fifteen thousand dollars will be filed lawfully as a Tort T70 in the clerk's office of your court, which means I am filing a legitimate lawsuit memorandum and complaint. My "Motion for Demand" will be drafted separately than this complaint for seventy five million dollars, on the same day as this filing of the "Complaint". My name is **Aaron Raymond, the Plaintiff**, who was a victim of two false imprisonments, and false arrests, caused by the Manchester Police Department. I filed a lawsuit in the past against them that got moved to the Federal Courts in New Haven, CT. It was in front of **Judge -Susan Cobb**. This is an entirely different complaint being filed separate from the past filing, which I let go and never closed the pleadings on. I can assure your courts with an oath that this is not double jeopardy, but a new case against the Willimantic Police Department run with **Chief- William Darby** who ignores my needs caused by their illegal actions in the past, causing two false imprisonments of **Aaron Raymond**, born in Manchester, CT. While I was detained at the Connecticut State Hospital in Middletown, Connecticut last year healing from a hernia surgery, and with false charges against me caused by Manchester Police Departments **Officer Koss and Officer Kind**. **Jimmy Carter** died on my birthday 12-29-2024 while at the State Hospital, and they broke my right to a fair and speedy trial under federal law, called Amendments 5, 6, 7, 8, and 14 under our USA Constitution, or those rights under those amendments were broken. I was innocent. They originally false accused me while I caught T- Mobile employees involved with phone hacking in Manchester at their store on Rt 30. My phone was hacked in the past against my will, with T- Mobile service, and I did not have a way to call the police department with my phone uncharged when they false arrested me. I have asked attorney **Mark Holmes ( Public Defender)** to provide me a copy of the original police department report by law, and to call my mother with information to help get this lawsuit into Motion, or action.

-Page 2- of 2-

Since the last lawsuit against Manchester Police Department legally, I have learned how to close the pleadings on a Connecticut lawsuit, thanks to **Judge- Mark Altermatt** in the Putnam, CT Superior Court, and some CT law librarians. **Mark Holmes** my public defender lawyer and I went to court at least 9 times in front of 3 different Judges concerning the last case against me in Manchester, Connecticut, which I plead **"Not Guilty"** too. The State found me competent to stand trial, and the State failed to supply me a "fair and speedy trial" within 180 days from the indictment, and arraignment process. I have asked **Mark Holmes** to insure that the past false allegations from Manchester Police officers were dismissed, not just Nolle Prosequi, or Null Processed. They should be by law, **Mark Holmes**, and the Judges now! Again, I plead Not Guilty to the last case against me in Manchester, CT, and I have in the past on the other case mentioned to **Judge-Susan Cobb** in the past. I'm tired of the police false arresting me and harassing me in the State of Connecticut. Four false arrest's now is police harassment and False Imprisonment here in CT. We have to do better in Connecticut. I am a past Maryland State Police Applicant (1999), a USA Airforce Applicant (1997) with honorable rejection for spinal reasons, and a FBI applicant, who is on disability now since 2018, plus just had a hernia surgery from past medical malpractice. **Dr Brian Shames** fixed my hernia at UCONN Health in Farmington, CT since. I may file another lawsuit eventually against a Florida Hospital called Halifax Health Center in Daytona Beach, Florida that induced the hernia, or caused it, and put illegal electronics in my body without my consent, Dr Brian Denham, Dr, Bianchi and Dr Tara Wilson. This medical information is irrelevant to the reasoning of this lawsuit, but to illustrate what I dealt with while the false allegations were against me causing me about 9-10 court appearances in Manchester, Connecticut's Superior Court last year, while having lawsuit court dates against Willimantic Police Department in Putnam, Connecticut's Superior Court separately. I am still waiting on Willimantic Police Department to pay me as well, as I file this civil lawsuit for seventy five million dollars against the Manchester Police Department (In Capacity) legally. I want to thank your court for taking the time hearing, or reading this formal complaint being filed in Superior Court Operations Hartford J.D. Courthouse, at 95 Washington Street, Hartford, CT, 06106. I will lawfully seek the Connecticut Marshalls to serve The **Willimantic Police Department -In Capacity**, and their **Chief- William Darby** who represents them at the moment in time. I also am seeking fees waived please, since I am indigent getting twenty five dollars food stamps currently, homeless living off a bicycle and staying at Homeless Shelters in New England while this ordeal takes place and while waiting for a lawful financial compensation settlement I will need "court ordered" against **Manchester Police Department (In Capacity),** and their **Chief- Willaim Darby** eventually. Occasionally my family lets me spend a night at their homes, and maybe get a shower, but I am living outside in Fall- Winter weather now and it scares me. The police don't even seem like they understand what they have caused, causing me homeless for years now, inside hospitals, and not employable with less than half a police officers salary on Social Security Disability, SSDI. I need your Judges help and lawful expertise to insure Justice , which would be Aaron Raymond winning this lawsuit quickly please.

*Aaron R. Raymond*
*11-3-2025*

WHEREFORE, the plaintiff claims:

Aaron Raymond claims he was false arrested by Manchester Police Department. He wants the Defendant to be Court ordered to pay the Plaintiff $75,000,000.00, Financial Compensation (requested)

Such other and further relief as the Court may deem just and equitable.

THE PLAINTIFF

By: _____ (signature)

Name: Aaron Raymond

Address: 17 Lamson Street
Keene, NH 03431

Phone No.: (959) 262-6542

Email: ar9617999@yahoo.com

*Continued*

RETURN DATE:                         : SUPERIOR COURT

*Aaron Raymond*
(First Named Plaintiff)              : JUDICIAL DISTRICT OF HARTFORD

V.
*Manchester Police Department*     : AT HARTFORD
*(In Capacity), Chief; William Darby*
(First Named Defendant)            : (Date) *11-3-2025*

(*Please see the attached; "Motion for Demand", "Statement of Amount in Demand"*)

**Statement of Amount in Demand**

[✓]   The amount, legal interest or property in demand is $15,000.00 or more, exclusive of interest and costs.

[ ]   The amount, legal interest or property in demand is $2,500.00 or more, but less than $15,000.00, exclusive of interest and costs.

[ ]   The amount, legal interest or property in demand is less than $2,500.00, exclusive of interest and costs.

THE PLAINTIFF

By: *[signature]*
(Name) *Aaron Raymond*
(Address) *17 Lamson Street, Keene, NH 034—*
(Phone No.) *(959) 262-6542*

Page 1-

Date: 10-28-2025

Superior Court Operations

Hartford County J. D. Courthouse

95 Washington Street, Hartford, CT 06106

New Case Starting: "Motion for Demand" (Motion for; Statement of Amount in Demand)

$75,000,000.00

    This civil lawsuit is being filed as a (Tort T70= False Arrest) civil filing with your clerk's office against the **"Manchester Police Department- In Capacity"** for Seventy Five Million Dollars because they did false arrest **Aaron Raymond** again in the city of Manchester, CT after leaving a T Mobile Store that would not help Aaron Raymond catch phone hackers. I assure your court this is a new lawsuit being brought forth in front of your court against Manchester, Connecticut, so it is not double jeopardy if they try to claim that. I am tired of the police false arresting me, and harassing me while homeless now in the State of Connecticut. This is not funny to me. I will need the Connecticut Marshalls to serve this paperwork on **Chief: William Darby** the representative for Manchester Police department in capacity. I was also deemed competent by the State of Connecticut in Middletown at "Whiting Forensics" while the State of Connecticut broke my right to a fair and speedy trial under my USA Constitutional Amendments 5,6, and 7. They also violated my 8th and 14th USA constitutional amendments. The state Null Processed the case finally with a Nolle Prosequi, when in fact the case should have been dismissed when my right to a fair and speedy trial was violated illegally, and while false imprisoned at the State of Connecticut Hospital healing from a surgery that Manchester Police Department caused delayed but finally was done by **DR. Brian Shames at Uconn Health in Farmington, CT**. **Mark Holmes-(Manchester, CT Public Defender)** has all the information concerning the last case he represented me on, which is the reason I am suing the department which **William Darby** is chief of. I have asked **Mark Holmes** to send a copy of the original police report to my mother Deborah Daniels address in Vernon, CT- Senior Housing I cannot live at by law, or while homeless in winter weather now coming. I need this money from Manchester City to insure they do not continue to false arrest people, help them rebuild the police department possibly, and to rebuild my whole life now. I need to get a vehicle, a house with garage, my driver's license with a valid address on it, insurance, registration, taxes paid for a couple years on the house needed, while starting a business hopefully called Appalachian Mart, and a couple laundry mats with showers for community use at cost. I also noticed that Hartford needs a professional recording studio- audio production company. Thanks for your time. This is a legitimate lawsuit and "Motion for Demand" seeking relief of 75 Million dollars your honors. Please understand this lawsuit is not a selfish endeavor but to better society and every ones lives. Thanks again!

**Aaron Robert Raymond (Age 47)**, (959)-262-6542 Cell, **Deborah Daniels 860-356-5457 =(MOM)**

Old Homeless shelter address on ID Card: 17 Lamson Street. Keene, NH 03431

*Aaron R. Raymond*
11-3-2025